**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| JOSUE E ALCANTARA PINEDA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 26-cv-2031 |
| v. | : | |
| | : | |
| BRIAN MCSHANE, *et al.*, | : | |
| Defendant. | | |

**ORDER**

AND NOW, this 30th day of March, 2026 upon consideration of Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that Petitioner shall provide the Court with the grounds supporting his claim that he is being held in violation of the Constitution.[1]

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Younge*
**Judge John Milton Younge**

---

[1] The Court notes that the Petition, as uploaded to the docket at ECF No. 1, is missing page 7, which instructs Petitioner to provide the grounds for his challenge in his Petition.